TASHA PARIS CHALFANT, SBN 207055
ATTORNEY AT LAW
5701 Lonetree Blvd. Suite 312
Rocklin, California 95765
Telephone:    (916) 444-6100
E-Mail:       tashachalfant@gmail.com


Attorney for Defendant
PORSHA DICKENS


**IN THE UNITED STATES OF DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**


UNITED STATES OF AMERICA,

          Plaintiff,

          v.

PORSHA D. DICKENS,

          Defendant.

Case No.: 2:17-CR-00039-JAM

**WAIVER OF PERSONAL**
**APPEARANCE**


      Defendant PORSHA D. DICKENS hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

//

//

1    Defendant hereby requests the Court to proceed during every absence of his which

2  the Court may permit pursuant to this waiver; agrees that his interests will be deemed

3  represented at all time by the presence of his attorney, the same as if defendant were

4  personally present; and further agrees to be present in person in court ready for trial on

5  any day which the Court may fix in his absence.

6

7  DATED:  April 7, 2017                              /s/ Porsha D. Dickens
                                                                    PORSHA D. DICKENS
8                                                                   Defendant

9

10
   DATED:  April 7, 2017                             /s/ Tasha Paris Chalfant
11                                                                  TASHA PARIS CHALFANT
                                                                    Attorney for Defendant
12                                                                  PORSHA D. DICKENS

13

14  (Original Signatures on File at Attorney's Office)

15

16

17
   **IT IS SO ORDERED**
18

19

20

21
   Dated:  4/12/2017                                 /s/ John A. Mendez
22                                                                  HON. JOHN A. MENDEZ
                                                                    United States District Court Judge
23

24

25

26

27

28